## US COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Gregory Papadopoulos

V

Honorable Judge Preska et al

Honorable Judge_____

Index **19 CV 7942**

**Jury trial demanded**

### APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES

1. Are you incarcerated?  NO, <u>this is not a prisoner case.</u>
2. Are you presently employed?  NO, I am retired 73 years old in frail health.
3. Last time you were employed and gross monthly income then? 1999, making $167,000 per month from self employment.
4. Additional current income? Business, rent, pension, disability, gifts, other public benefits (SS, Food Stamps)? Soc. Sec.  $1,853, food stamps $192 per month, <u>Total predictable monthly income $2,045</u>
5. Any other source? Occasional gift/loan from sister in Greece, amount and frequency vary, total for 2018 was $5000 and for 2019 so far $982 and have been advised not to expect anymore, also one time gift from the Greek Orthodox Church $200 in 2019.
6. Cash in checking: $114 in checking, no savings account, $2,500 with a broker (money borrowed from sister).
7. Own automobile? NO
8. Regular monthly expenses? Rent $1,995, food$ 200, Utilities $255, storage $294, miscellaneous (prescriptions, repairs, cleaning, supplies) $150, <u>Total monthly expenses $2,894</u>
9. People who depend on you? $5,000 maintenance per month due to the ex-wife, not being paid.
10. Debts and financial obligations? Credit card debt $4,000, $6,000 owed to sister in Greece, $3,000 unpaid medical bills, $5,000,000 unpaid judgments. (see bankruptcy filed and dismissed as was opposed by the Fanjul Crime Family SDNY Bank. 12-13125 AP 12-1097)

Note: I was approved to proceed IFP during the SDNY Bankruptcy 12-13125 AP 12-1097 and subsequent appeals to district and circuit courts in 2015-2016. Since

then my finances have deteriorated as judgments continue to escalate, and I have been plagued by unpaid medical bills due to cancer and in general higher costs.

Declaration: I declare under penalty of perjury that my representations are true to the best of my knowledge. Some figures are approximate and based on recollections and statements are available upon request, I understand that willful misrepresentations might dismiss my claims.

August 20, 2019

*[signature: G Papadopoulos]*

Gregory Papadopoulos, Plaintiff prose,
PO Box 425, New York, NY. 10156
tel# 917-754-7979